IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONTEMPT OF WARDEN RALPH DIAZ, CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON, _____/ | CASE NO. F 12- MC- 0026 LJO<br><br>ORDER TO SHOW CAUSE; MANDATORY PERSONAL APPEARANCE REQUIRED |

At 8:30 a.m. on May 22, 2012, a prisoner civil jury trial was scheduled to commence in the above-titled action. It did not commence on time. The trial did not commence until two and a half hours later due to the absence of the prisoner plaintiff.

On April 9, 2012, the litigation coordinator at the California Substance Abuse and Treatment Facility and State Prison (the designated service agent for the Warden and the facility) was served with the ORDER and WRIT for the Plaintiff (see ORDER dated April 9, 2012), Nick Woodall, CDC #D-82572, to be present at 8:00 a.m. on May 22, 2012 for the beginning of the jury trial. A courtesy copy of this ORDER and WRIT was sent via facsimile on that same day. The required appearance was further confirmed by telephone on May 18, 2012 with the out-to-court department of the prison (see Declaration of Maribel Verduzco, Generalist Clerk of the United States District Court for the Eastern District of California).

Because of this direct violation of this Court's order, 38 potential jurors were delayed in the Jury Administrator's Conference area (see Declaration of Jury Administrator Heather Mabe).

In addition, counsel, witnesses and court personnel were delay.

1

1   For these reasons, this Court hereby issues an ORDER TO SHOW CAUSE IN RE CONTEMPT
2   for disobeying the April 9, 2012 order of this Court, and further to provide cause why this Court should
3   not order the California Department of Corrections to reimburse the federal government for the delays
4   caused by the disobedience.  "A court has the inherent power to punish for civil or criminal contempt
5   any obstruction of justice relating to any judicial proceeding." *Lambert v. Montana*, 545 F.2d 87, 88 (9th
6   Cir.1976).  "Courts of justice are universally acknowledged to be vested, by their very creation, with
7   power to impose ... submission to their lawful mandates." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43,
8   (1991). Pursuant to Local Rule 110, "[f]ailure of counsel or a party to comply ... with any order of the
9   Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule
10  or within the inherent power of the Court." "The imposition of sanctions ... transcends a court's equitable
11  power concerning relations between the parties and reaches a court's inherent power to police itself, thus
12  serving the dual purpose of vindicating judicial authority without resort to the more drastic sanctions
13  available for contempt of court and making the prevailing party whole for expenses caused by his
14  opponent's [misbehavior]." *B.K.B. v. Maui Police Dept.*, 276 F.3d 1091, 1108 (9th Cir.2002) (quoting
15  *Chambers*, 501 U.S. at 46). "Because of their very potency, inherent powers must be exercised with
16  restraint and discretion." *Chambers*, 501 U.S. at 44. However, a primary aspect of the Court's discretion
17  is the ability to fashion and appropriate sanction for conduct which abuses the judicial process. *Id*. A
18  party's failure to abide by this Court's order abuses the judicial process. *See, Chambers*, 501 U.S. at 57
19  ("As long as a party receives an appropriate hearing ... the party may be sanctions for abuses of process
20  occurring beyond the courtroom, such as disobeying the court's orders."); *see also*, Local Rule 110.

21  Warden Ralph Diaz is hereby ORDERED to appear personally to address this order to show
22  cause on Monday, June 4, 2012 at 2:00 p.m. in Courtroom 4 (LJO) on the 7th Floor of the United States
23  Courthouse located at 2500 Tulare Street in Fresno, California.

24  The clerk of court is DIRECTED to serve this order personally on the warden.

25
26  **IT IS SO ORDERED.**

27  Dated: May 22, 2012                                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE
28

2

**ATTACHMENT 1**

**DECLARATION OF HEATHER MABE**
**JURY COMMISSIONER**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

I, Heather Mabe, Jury Administrator, DECLARE as follows:

1. On Friday, May 18, 2012, I set messages to 42 jurors to appear for jury service on Tuesday, May 22, 2012 with instructions to call on Monday, May 21, 2012 after 5:00 p.m. for confirmation.

2. On Monday, May 21, 2012, I confirmed trial and set messages for 42 jurors to appear at 8:00 a.m. on Tuesday, May 22, 2012.

3. On Tuesday, May 22, 2012 at 7:30 a.m., Araceli Gil-Garcia, Jury Clerk, began checking-in jurors for the scheduled trial. 38 jurors appeared for jury service. I gave orientation, prepared the randomized list for seating and delivered the paperwork to Irma Lira, Courtroom Deputy for the Honorable Lawrence J. O'Neill.

4. I declare under penalty of perjury that the above statements are true.

Dated: May 22, 2012                                              /s/ Heather Mabe

**ATTACHMENT 2**

**DECLARATION OF MARIBEL VERDUZCO**
**GENERALIST CLERK**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

I, Maribel Verduzco, DECLARE:

1. On April 9, 2012, I served by mail two certified copies of the Order & Writ for Plaintiff, Nick Woodall, CDC #D-82572 on the Litigation Coordinator at the California Substance Abuse and Treatment Facility & State Prisoner.

2. On that same day, as a courtesy, I also faxed a copy of the Order & Writ to the Litigation Coordinator and the Out to Court Department at CSATF & SP.

3. On May 18, 2012, I confirmed with Paula Torres in the Out to Court Department that Plaintiff Woodall was scheduled to be transported for trial in the morning of Monday, May 22, 2012, with an arrival time of 8:00 a.m., as indicated on the Order & Writ.

4. Today, May 22, 2012, after calling the United States Marshal's control room, I was informed that Plaintiff Woodall had not arrived. I then called the Out to Court Department at CSATF & SP and spoke to Paula. She stated that Plaintiff Woodall was not transported. I informed her that he should be transported immediately.

5. I declare under penalty of perjury that the above statements are true.

Dated: May 22, 2012                                                            /s/ Maribel Verduzco

4

# ATTACHMENT 3

# APRIL 9, 2012 ORDER & WRIT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK WOODALL, | 1:08-cv-01948-LJO-DLB-(PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT NICK WOODALL, CDC # D-82572, PLAINTIFF** |
| vs. | |
| STATE OF CALIFORNIA, et al., | DATE: May 22, 2012 |
| Defendants. | TIME: 8:00 a.m. |

**NICK WOODALL**, inmate, CDC# D-82572, a necessary and material witness on his own behalf in proceedings in this case on May 22, 2012 at 8:00 a.m., is confined at California Substance Abuse and Treatment Facility 900 Quebec Avenue, Corcoran, California, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on May 22, 2012, at 8:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden** Ralph M. Diaz, California Substance Abuse and Treatment Facility, 900 Quebec Avenue, Corcoran, California 93212:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __April 9, 2012__          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

5