# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONTEMPT OF WARDEN RALPH DIAZ, CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON, _____/ | CASE NO. F 12- MC- 0026 LJO<br><br>ORDER TO DISCHARGE SHOW CAUSE ORDER |

This matter came on for a hearing on Monday, June 4, 2012 at 2:00 p.m. in Courtroom 4 (LJO). After a full hearing, proper appearance by the Warden as ordered, for good cause appearing, and for the reasons stated on the record, this Court DISCHARGES the show cause order. The clerk of court is DIRECTED to close this action administratively.

IT IS SO ORDERED.

**Dated:   June 5, 2012**                              /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1